## In re Alejandro SALAZAR, Relator.

### No. 08–04–00087–CV.

Court of Appeals of Texas,
El Paso.

May 6, 2004.

Laura Strathmann, Paula L. Thomas, Attorney At Law, El Paso, for Relator.

Before Panel No. 4 BARAJAS, C.J., LARSEN, and McCLURE, JJ.

## OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Alejandro Salazar, asks this Court to issue a writ of mandamus against Respondent, the Honorable Patricia Macias, Judge of the 388th District Court of El Paso County. The petition for writ of mandamus is denied. *See* Tex.R.App. P. 52.7(a), 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex.1992)(orig.proceeding). Our denial of the petition shall not be construed as a ruling on the merits of the underlying case.